**SO ORDERED.**

**SIGNED this 23 day of September, 2024.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE:

| | |
|---|---|
| MAMIE WELLS MOORE  (DECEASED) | CASE NO: 20-03160-5-JNC |
| 416 WEST MARTIN LUTHER KING JR. DRIVE | CHAPTER 13 |
| WASHINGTON, NC 27889 | |

### CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtor's Chapter 13 Plan; now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Chapter 13 Plan is modified as follows:

From:  $400.00 per month for a period of 4 months followed by
$685.00 per month for a period of 6 months followed by
$589.00 per month for a period of 12 months followed by
$880.00 per month for a period of 38 months

To:  $688.00 per month for a period of 48 months followed by
$1,113.00 per month for a period of 12 months, beginning October 2024.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

/s/ H. Frank Allen
H. Frank Allen
Attorney for Debtor(s)
NC State Bar No.: 6480
PO Box 1258
Tarboro, NC 27886-1258
Telephone: (252) 641-1800
Facsimile: (252) 641-4075
Email:  frank@hfalaw.com


/s/Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Chapter 13 Trustee
NC State Bar No.: 19817
PO Box 1618
New Bern NC 28563
Telephone: (252) 633-0074
Email:  chapter13@bledsoe13.com

**"End of Document"**