VAN–045 Order Appointing Successor Trustee – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Estate of Mamie Wells Moore
416 West Martin Luther King Jr. Drive
Washington, NC 27889–4816

CASE NO.: 20–03160–5–JNC

DATE FILED: September 16, 2020

CHAPTER: 13

## ORDER APPOINTING SUCCESSOR TRUSTEE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is appointed in lieu of the previously appointed trustee and the trustee's standing bond is fixed under the blanket bond previously approved.

Troy Staley
PO Box 1618
New Bern, NC 28563–1618

DATED: January 16, 2025

Joseph N. Callaway
United States Bankruptcy Judge